IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2015 JUN 10  PM 3:27

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 2:15CR148 |
| vs. | Judge SMITH |
| KAREN L. FINLEY, | |
| Defendant. | **FILED UNDER SEAL** |

## MOTION TO SEAL INFORMATION, PLEA AGREEMENT, FACTS AND ELEMENTS

Now comes the United States of America, by Carter M. Stewart, United States Attorney, and J. Michael Marous, Assistant United States Attorney, both for the Southern District of Ohio, and respectfully requests that the information, plea agreement and elements in the above-entitled cause be sealed, because there is an ongoing investigation which my lead to possible other defendants.

WHEREFORE, the government respectfully requests that the information, plea agreement and elements in this case be sealed.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

J. MICHAEL MAROUS (0015322)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-5653