FILED
RICHARD W. NAGEL
CLERK OF COURT

2015 JUN 10 PM 3: 50

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 2:15cr148 |
| vs. | Judge George C. Smith |
| KAREN L. FINLEY, | |
| Defendant. | **FILED UNDER SEAL** |

## ORDER TO SEAL

The Government having moved to seal the information, plea agreement, facts and elements and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that said documents be sealed and maintained in a safe place and not be opened unless by further Order of this Court.

*s/ Norah McCann King*
Norah McCann King
United States Magistrate Judge

6/10/2015
Date