FILED
RICHARD W. NAGEL
CLERK OF COURT
2015 JUN 10 PM 3: 27
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | No. 2:15CR 148 |
| vs. | : | Judge SMITH |
| KAREN L. FINLEY, | : | |
| Defendant. | : | |

## GOVERNMENT'S PLEA AGREEMENT SUBMISSION OF ELEMENTS AND PENALTIES FOR 18 U.S.C. §371

1. ELEMENTS: 18 U.S.C. §371

First: That the conspiracy described in the Information was knowingly and voluntarily formed, and was existing at or about the time alleged;

Second: That said accused knowingly and voluntarily became a member of the conspiracy;

Third: That at least one overt act was knowingly done in furtherance of some object or purpose of the conspiracy, as charged;

Fourth: That such overt act was knowingly done by a member of the conspiracy during the course of its existence; and

Fifth: That such conspiracy existed, in whole or in part, at or about the time alleged in the Southern District of Ohio.

2. PENALTIES

A. Mandatory Minimum: None.

B. Possible Maximum: 5 years in prison, a fine of $250,000 or a fine of twice the pecuniary gain or loss pursuant to 18 U.S.C. § 3571(d), 3 years supervised release, and $100 special assessment.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

J. MICHAEL MAROUS (0015322)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-5653
E-mail: Mike.Marous@usdoj.gov