**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS**

United States of America

    -vs-                                   Case No.  2:15-CR-148

Karen L. Finley

_____

**NOTICE OF HEARING**

TAKE NOTICE that a arraignment is scheduled for **Karen L. Finley, June 19, 2015** at **10:00 AM.** This hearing will be held before the **Honorable Terence P. Kemp**, United States Magistrate Judge in **Courtroom No. 183, First Floor**, Joseph P. Kinneary U.S. Courthouse, 85 Marconi Boulevard, Columbus, Ohio.

Dated June 12, 2015

                                        TERENCE P. KEMP
                                        UNITED STATES MAGISTRATE JUDGE

                                         */s/ Spencer Harris*
                                        By: Spencer Harris, Courtroom Deputy
                                        614.719.3027
                                        spencer_harris@ohsd.uscourts.gov