IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 2:15-CR-148 |
| v. : | MAGISTRATE JUDGE KEMP |
| : | |
| KAREN L. FINLEY : | |

ORDER TO UNSEAL CASE

The Government having moved to unseal the above-entitled cause and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that said documents be unsealed and become part of the public record of this case.

_____
UNITED STATES MAGISTRATE JUDGE

6/19/15
Date