IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,               :

      Plaintiff,                          :

v.                                       :       Case No. 2-15-CR-148

                                          :

Karen L. Finley,                         :

      Defendant.                          :

## CONSENT TO PROCEED WITH CONDITIONAL GUILTY PLEA BEFORE A UNITED STATES MAGISTRATE JUDGE

The defendant has been informed of the right to enter a guilty plea before a United States District Judge. By signing below, the defendant waives that right and agrees to proceed with a conditional guilty plea before a United States Magistrate Judge, followed by a Report and Recommendation to the District Judge.

_____
Defendant

_____
Attorney for Defendant

Dated: 6-19-15