AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

United States of America )
v. ) Case No. 2-15-CR-148
Karen L. Finley )
*Defendant* )

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 6-19-15

*Karen L. Finley*
*Defendant's signature*

*[signature]*
*Signature of defendant's attorney*

Michael Kimeler
*Printed name of defendant's attorney*

*[signature]*
*Judge's signature*

Terence P. Kemp - U.S. Magistrate Judge
*Judge's printed name and title*